

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     *Jeannine Darlene Norris Jones v. Jonathan Jones*

Appellate case number:   01-20-00073-CV

Trial court case number: C-1-PB-18-000093

Trial court:             Probate Court No. 1 of Travis County, Texas[1]


      The en banc court has unanimously voted to deny appellee's motion for en banc reconsideration.  It is ordered that the motion is **DENIED**.

      It is so ORDERED.


Judge's signature:  /s/ Amparo Guerra

        ☐  Acting individually     ☒  Acting for the Court*


*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date:  May 12, 2022

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Third District of Texas. TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).